■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STALYN MOYA, Appellant. [835 NYS2d 522]— Judgment, Supreme Court, Bronx County (Seth Marvin, J.), rendered on or about February 10, 2006, unanimously affirmed. No opinion. Order filed. Concur—Marlow, J.P., Nardelli, Gonzalez, Sweeny and Malone, JJ.